Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 N. Central Ave., 17th Floor
Glendale, California 91203
Tel:  323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
pmohan@harrisandruble.com
Attorneys for Plaintiff
KARLA SCHROEDER

(Additional counsel continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA SCHROEDER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOST INTERNATIONAL, INC., a Delaware Corporation and DOE 1 through and including DOE 50,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-04572-PA-PVC<br><br>*Assigned to Hon. Percy Anderson*<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

MARGARET ROSENTHAL, SBN 147501
VARTAN S. MADOYAN, SBN 279015
JENNIFER F. DELAROSA, SBN 312110
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
*Email:* mrosenthal@bakerlaw.com
vmadoyan@bakerlaw.com
jdelarosa@bakerlaw.com

*Attorneys for Defendant*
HOST INTERNATIONAL, INC.

JOINT STIPULATION FOR DISMISSAL [FRCP 41 (a)(1)(A)(ii)]

# STIPULATION TO DISMISS

Plaintiff Karla Schroeder ("Plaintiff") and Defendant Host International, Inc. ("Defendant") acting through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be DISMISSED, with Plaintiff's individual claims (including her individual PAGA claims) DISMISSED WITH PREJUDICE. The class allegations and PAGA claims on behalf of all employees other than Plaintiff are dismissed without prejudice by operation of law.

Dated:  July 6, 2022        Respectfully submitted,

**HARRIS & RUBLE**

By:  *Alan Harris*
ALAN HARRIS
PRIYA MOHAN

*Attorneys for Plaintiff*
KARLA SCHROEDER

Dated:  July 6, 2022        **BAKER & HOSTETLER LLP**

By:  */s/ Vartan S. Madoyan*
MARGARET ROSENTHAL
VARTAN S. MADOYAN
JENNIFER F. DELAROSA

*Attorneys for Defendant*
HOST INTERNATIONAL, INC.

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

DATED: July 6, 2022        *Alan Harris*